ACCEPTED
14-14-00979-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/7/2015 5:45:38 PM
ATTORNEYS-AT-LAW
CHRISTOPHER PRINI
CLERK

 **McGLINCHEY STAFFORD PLLC**

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

**STEPHANIE LAIRD TOLSON**
Direct Dial: (713) 335-2130
Fax: (713) 520-1025S
stolson@mcglinchey.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 5:45:38 PM
CHRISTOPHER A. PRINE
Clerk

January 7, 2015

***Via E-Filing***
Christopher A. Prine
Clerk, 14th Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

RE:  Cause No. 14-14-00979-CV; *In Re: Albert Ortiz*; In the Court of Appeals for the 14th District of Texas at Houston

Dear Mr. Prine:

The undersigned represents the respondents in the above-captioned mandamus proceeding. We discovered an inadvertent error in our Brief in Response to Albert Ortiz's Brief for Petition for Writ of Mandamus at p. 18. In the second full paragraph, we stated that the "Tort based claims were appealed and they became final." The sentence should have read the "Tort based claims were *not* appealed and they became final." [*emphasis added*]. We apologize for any inconvenience this error caused the Court.

Please let us know if the Court of Appeals needs any additional information or explanation.

Sincerely,

**McGlinchey Stafford, PLLC**

By: _____
Stephanie Laird Tolson

SLT/tr
cc:  Michael Donovan (*via email*)
     Gary Michael Block (*via email*)
491322.1; 102869.0019

1001 McKinney, Suite 1500 • Houston, TX 77002-6420 • (713) 520-1900 • Fax (713) 520-1025 • www.mcglinchey.com